# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 5,414.—A. G. EURBY, RESPONDENT, v. CLARENCE C. HOGUE, APPELLANT.

*Appeal from District Court, Ravalli County; James M. Self, Judge.*

Decided November 10, 1923.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is granted and the appeal is ordered dismissed.

*Mr. Wm. T. Pigott* and *Messrs. O'Hara & Madeen*, for Respondent.

*Messrs. Taylor & Higgins*, for Appellant.

---

No. 5,306.—MARY J. PEW, ADMINISTRATRIX, APPELLANT, v. J. J. O'MAHONEY ET AL., RESPONDENTS.

*Appeal from District Court, Cascade County.*

Decided November 15, 1923.

PER CURIAM.—Upon motion, supported by stipulation, it is ordered that the appeal herein be and it is hereby dismissed.

*Mr. C. E. Pew*, for Appellant.

*Messrs. O'Leary & Doyle*, for Respondents.